# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WISCONSIN

Westby Co-Op Credit Union,

Plaintiff,

v.

26-cv-84-jdp

The Wilson Family, et al., d/b/a Trails End Motel,

Defendants.

Federal Case No.: 24CV111
21SC177

# NOTICE OF REMOVAL

## 28 U.S.C. §§ 1331, 1343, 1441, 1443, and 1446

## TO THE UNITED STATES DISTRICT COURT:

Defendants, The Wilson Family, hereby remove this action from the Circuit Court for Columbia County, Wisconsin, to the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. §§ 1331, 1343, 1441, 1443, and 1446, and state as follows:

## I. STATE COURT ACTION

1. The removed action is titled Westby Co-Op Credit Union v. The Wilson Family, et al., Case No. _____, pending in the Circuit Court for Columbia County, Wisconsin.

2. This action arises from a foreclosure judgment obtained through fraud, document alteration, and deprivation of constitutional rights, and involves ongoing enforcement actions against Defendants' home and business, Trails End Motel.

## II. FEDERAL JURISDICTION

3. This Court has original jurisdiction under 28 U.S.C. § 1331 because the case presents federal questions arising under the United States Constitution and federal civil rights statutes, including but not limited to 42 U.S.C. §§ 1983 and 1985.

4. Jurisdiction is further proper under 28 U.S.C. § 1343, as Defendants allege deprivation of rights secured by the Fourteenth Amendment, including due process and equal protection, under color of state law.

5. Removal is independently proper under 28 U.S.C. § 1443, because Defendants are unable to enforce their federal civil rights in the state court due to:

    - State and municipal actors participating in or ratifying the foreclosure;
    - Selective and discriminatory enforcement against Defendants' business;
    - Use of altered and false records relied upon by the state court.

6.

## III. BASIS FOR REMOVAL

6. Plaintiff Westby Co-Op Credit Union, acting in concert with state and municipal actors, initiated foreclosure based on false loan records, including the unlawful insertion of the term "modified" when no modification occurred.

7. Defendants had paid off the original loan, later entering into a separate $100,000 remodel loan, rendering foreclosure improper.

8. State and municipal entities, including Columbia County, the City of Wisconsin Dells, and State of Wisconsin agents, interfered with Defendants' property and business operations through:

    - Discriminatory utility billing
    - Closure of a lawfully grandfathered pool
    - Harassment and threats
    - Selective enforcement

9.
10. These actions collectively deprived Defendants of property without due process of law, in violation of the Fourteenth Amendment, and constitute an ongoing civil rights violation requiring federal adjudication.

## IV. TIMELINESS

10. This Notice of Removal is timely under 28 U.S.C. § 1446, as Defendants first ascertained the removability of this action upon discovery of:

    - Fraud and document alteration;
    - State actor involvement;
    - Inability to obtain a fair forum in state court.

11.

## V. VENUE

11. Venue is proper in the Western District of Wisconsin pursuant to 28 U.S.C. § 1391, as the property and events giving rise to the claims are located within this District.

## VI. NOTICE TO STATE COURT AND PARTIES

12. Promptly after filing this Notice of Removal, Defendants will file a copy with the Circuit Court for Columbia County and provide notice to all parties, in accordance with 28 U.S.C. § 1446(d).

**WHEREFORE,**

Defendants respectfully request that this action be removed to this Court and that the state court cease all further proceedings, including foreclosure enforcement and sheriff's sale activity.

# VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: 02-02-2026

*Karen F. Wilson + Anton Sielich*

[Name of Wilson Family Representative]

Defendant, Pro Se
Address: 1116 Broadway, WI Dells, WI 53965
Phone: (608) 630-2319

Email: Enduraend@icloud.com